UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JASON CIANCIOTTO, on behalf of his minor son, D.S.,

                              Plaintiff,

-v-

NEW YORK CITY DEPARTMENT OF EDUCATION;
BOARD OF EDUCATION OF THE CITY SCHOOL
DISTRICT OF THE CITY OF NEW YORK; BRIDGET
EDWARDS; ERIKKA SHARPE; PETER BLOCH; ERIN
LALOR; ALEXANDER ANGUEIRA; and CYNTHIA
KERNS,

                              Defendants.

21 Civ. 5596 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

    On November 2, 2021, the Court held an initial pretrial conference in this case, and addressed, *inter alia*, whether to stay discovery pending resolution of defendants' motion to dismiss. The Court denied defendants' request to stay all discovery. Instead, the Court authorized limited discovery to commence. Specifically, pending resolution of the motion, discovery regarding (1) D.S., and/or (2) Intermediate School 126 ("I.S. 126Q") shall proceed, but discovery regarding complaints or potential comparators outside of I.S. 126Q, as well as all deposition discovery, is stayed.

    The Court also addressed plaintiff's intention to bring claims against the New York City Department of Education which have only recently become administratively ripe. Plaintiff's counsel committed that the amended complaint would add additional parties to claims but not add factual allegations. The Court set the following deadlines:

- November 9, 2021: Deadline for plaintiff to file an amended complaint.

- November 16, 2021: Deadline for defendants to submit a supplemental motion to dismiss addressing the new claims.

- November 23, 2021: Deadline for plaintiff to oppose the supplemental motion.

- December 1, 2021: Deadline for defendants to reply to plaintiff's opposition.

The Court will by separate order issue a case management plan adopting the schedule as proposed by the parties. Finally, the Court set a case management conference for May 6, 2022, at 10 a.m.

SO ORDERED.

                                                             *Paul A. Engelmayer*
                                                             _____
                                                             PAUL A. ENGELMAYER
                                                             United States District Judge

Dated: November 2, 2021
           New York, New York