UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JASON CIANCIOTTO, on behalf of his minor son, D.S.,

Plaintiff,

-against-

NEW YORK CITY DEPARTMENT OF EDUCATION; BOARD OF EDUCATION OF THE CITY SCHOOL DISTRICT OF THE CITY OF NEW YORK; BRIDGET EDWARDS; ERIKKA SHARPE; PETER BLOCH; ERIN LALOR; ALEXANDER ANGUEIRA; and CYNTHIA KERNS,

Defendants.

No. 21 Civ. 05596

[PROPOSED]

**ORDER OF COMPROMISE**

WHEREAS Plaintiff Jason Cianciotto, on behalf of his minor son D.S., by and through his attorneys Kaufman Lieb Lebowitz & Frick LLP, has negotiated a settlement in the amount of $350,000.00 plus other non-monetary terms;

AND upon consideration of the Declaration of Jason Cianciotto, the Declaration of David A. Lebowitz, and the exhibits thereto;

**IT IS HEREBY ORDERED** pursuant to Local Civil Rule 83.2(a). that the proposed settlement is approved, and

**IT IS FURTHER ORDERED** that:

1.      The proposed payment of $$116,667.67 in attorneys' fees and to Kaufman Lieb Lebowitz & Frick LLP's ("KLLF") is approved;

2.      KLLF is authorized to hold the gross settlement funds in escrow pending the finalization of a trust for the benefit of D.S. and to disburse reasonable costs related to the establishment of the trust from the escrowed settlement proceeds; and

1

3.    KLLF is authorized to pay the remaining settlement proceeds directly into the trust account once it is finalized.

DATED:  September 30, 2022

**SO ORDERED.**

Paul A. Engelmayer, U.S. District Judge